FILED: July 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4452 (L)
(1:10-cr-00266-JFM-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

VINCENT HERNANDEZ, a/k/a Vin Rock, a/k/a Barrack

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/23/2013

Opening brief due: 10/23/2013

Opening/response brief due: 11/13/2013

Response/reply brief due: 12/04/2013

Any reply brief: 10 days from service of response brief.

Any further request for an extension of time will be disfavored.

                                              For the Court--By Direction

                                              <u>/s/ Patricia S. Connor, Clerk</u>